STATE ex rel. E. T. YOUNG and Another v. PROBATE COURT OF HENNEPIN COUNTY.[1]

December 29, 1905.

Nos. 14,538—(13).

Writ of certiorari, issued from the supreme court upon relation of the attorney general and the county attorney of Hennepin county, to review an order of the probate court for Hennepin county, Harvey, J., denying the petition of the county attorney of Hennepin county for an order fixing the value of the estate of John Martin, deceased, and the amount of tax with which said estate and the several devisees under the will of said deceased are chargeable. Order reversed and cause remanded for further proceedings.

*Edward T. Young*, Attorney General, for petitioner.
*Belden, Hawley & Jamison*, for respondent.

PER CURIAM.

This case is controlled by the decision in State v. Bazille, supra, page 11, the same questions being involved in each case. The order of the probate court

[1] Reported in 106 N. W. 98.

of Hennepin county, here under review, is therefore reversed, and the cause remanded to that court for further proceedings in accordance with the views expressed in the opinion above referred to.